UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ADOLFO PATRICIO AGAPITO, et al., | |
|---|---|
| Plaintiffs, | |
| -v- | 16-CV-8170 (JPO) |
| AHDS BAGEL, LLC, et al., | OPINION AND ORDER |
| Defendants. | |

J. PAUL OETKEN, District Judge:

This case is temporarily stayed as to all Defendants pending bankruptcy proceedings against defendants AHDS Bagel LLC and 1101 Bagel Inc. Plaintiffs shall provide the Court with a status update within two weeks of any decision on their pending motion in bankruptcy court to lift the stay.

SO ORDERED.

Dated: July 12, 2018
New York, New York

J. PAUL OETKEN
United States District Judge