# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

_____

December 20, 2019

> The requested extension of time is GRANTED. The parties shall submit the settlement fairness materials by **January 20, 2020.**
>
> The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 132.
>
> SO ORDERED          12/20/19
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Hon. Sarah Cave
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

Re:     Agapito, et al. v. AHDS Bagel LLC, et al.;
Case No. 16-cv-8170-JPO-SLC
Patricio, et al. v. AHDS Bagel LLC, et al.;
Case No. 17-cv-4127-JPO-SLC
Neri, et al. v. Nussbaum, et al.
Case No. 17-cv-8321-JPO-SLC

Dear Judge Cave:

This firm represents Plaintiffs in the above-captioned matter. We write to request an extension of time to submit the settlement fairness papers from December 20, 2019 to January 20, 2020. We request the extension because the parties are still in the process of finalizing the settlement agreement. Defendants' counsel, Lawrence Morrison just recently finished serving on grand jury duty. The attorney who was handling the matter for plaintiffs, Finn Dusenberry, recently left our firm. These factors, combined with the upcoming holiday season, necessitate our request for a 30 day extension. This is the fourth request for an extension of time and Defendants' counsel has consented.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

_/s/ Joshua S. Androphy, Esq._
Joshua S. Androphy , Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.

_Certified as a minority-owned business in the State of New York_

*Attorneys for Plaintiff*

cc:      Defendants (By ECF)