UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO AGAPITO et al.,

                Plaintiffs,

against

AHDS BAGEL LLC et al.,

                Defendants.

CIVIL ACTION NO.: 16 Civ. 8170 (JPO) (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE**, United States Magistrate Judge:

Per the Order at ECF No. 133, granting a fourth extension of time, the Parties were to submit their settlement fairness papers by **January 20, 2020**. The parties did not submit the settlement papers or request an extension.

The parties are hereby ORDERED to submit their settlement fairness papers by **January 24, 2020**.

Dated:      New York, New York
             January 22, 2020

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_

                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**