# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

February 5, 2020

**VIA ECF**
Honorable Judge Sarah Cave
United States Magistrate Judge
United States District Court
40 Foley Square
New York, New York 10007

      Re:   *Agapito, et al. v. AHDS Bagel LLC, et al.; Case No. 16-cv-8170-JPO-SLC*
             *Patricio, et al. v. AHDS Bagel LLC, et al.; Case No. 17-cv-4127-JPO-SLC*
             *Neri, et al. v. Nussbaum, et al.; Case No. 18-cv-8321-JPO-SLC*

Your Honor:

Our office represents Defendants in the above referenced matter. We write to request an extension of time to submit the settlement fairness papers from February 5, 2020 to Wednesday, February 19, 2020. The reason for the two-week extension is because one of the Defendants, who is obliged to sign the settlement agreement, is currently abroad and is unable to sign the settlement agreement. This is the sixth request for an extension of time and Plaintiffs' counsel has consented to the extension.

We thank the Court for its time and consideration.

Respectfully Submitted,

By: __/s/ Lawrence Morrison_____
Lawrence Morrison, Esq.
Morrison & Tenenbaum, PLLC
87 Walker Street, Floor 2
New York, New York 10013
Email: LMorrison@m-t-law.com
*Attorneys for Defendants*

---

The requested extension of time until **February 19, 2020** to file the settlement fairness papers is GRANTED. The Court notes that this is the sixth extension of time, and the parties should not expect further extensions absent an extraordinary showing of good cause.

The Clerk of Court is respectfully directed to close the Letter-Motions at ECF Nos. 52, 54 and 58.

SO ORDERED                   2/6/2020

_____
SARAH L. CAVE
United States Magistrate Judge

New York, NY 10165
(212)-317-1200
Fax: (212)-317-1620
Email: jandrophy@faillacelaw.com

M+T